STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Thomas Reginald Hightower  Jr.        Patrick Wade Kee
Attorney at Law                       Attorney at Law
P. O. Drawer 51288                    P. O. Drawer 51288
Lafayette LA 70505                    Lafayette LA 70505


**REHEARING ACTION: December 16, 2009**


**Docket Number: 09   00374-CA consolidated with 375-CA & 376-CA**

**LOUIS ROBINSON, JR.
VERSUS
TYLAN MEAUX, ET AL.**

**Appealed from Lafayette Parish Case No. 20065173 C/W 20065746 C/W, 20073298**


**BEFORE JUDGES:**

>   **Hon. Jimmie C. Peters**
>   **Hon. Elizabeth A. Pickett**
>   **Hon. J. David Painter**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Lil D's Bar-B-Que, LLC** has this day been

>   **DENIED.**
>   Painter, J., would grant.


cc: John William Penny  Jr., Counsel for the Appellee
    Katherine A Theunissen, Counsel for the Appellant
    Steven Claude Judice, Counsel for the Appellee
    Don J. Hernandez, Counsel for the Appellant
    Edward Bernard Jones, Counsel for the Appellant
    Christopher Bremer Siegrist, Counsel for the Appellant
    James Alan Harrell, Counsel for the Appellant
    Heather S. Duplantis, Counsel for the Appellant
    Karen Blakemore, Counsel for the Appellant
    Chris Paul Villemarette, Counsel for the Appellee
    Keetsie T. Gunnels, Counsel for the Appellee
    Lisa Coleman Lee, Counsel for the Appellee
    Jeffery F. Speer, Counsel for the Appellee
    Julian Louis Gibbens  III, Counsel for the Appellee
    Jason E. Fontenot, Counsel for the Appellee